**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | **Chapter 13** |
| : | |
| **JOHN AUBREY COONEY, JR.,** : | **Case No. 23-12823-MDC** |
| : | |
| **Debtor.** : | |
| : | |

**CERTIFICATE OF SERVICE**

I, Michael D. Vagnoni, Esquire, attorney for Montgomery County Tax Claim Bureau, hereby certify that on September 21, 2023, a true and correct copy of the Notice of Appearance and Request for Service of Papers in the above captioned case was served electronically via the Court's CM/ECF system or First Class U.S. Mail upon the attached service list.

                                                                               */s/ Michael D. Vagnoni*
                                                                               Michael D. Vagnoni, Esquire

## **SERVICE LIST**

JOSEPH L QUINN, Esq. as counsel for Debtor, John Aubrey Cooney, Jr.
CourtNotices@rqplaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee
ecfemails@ph13trustee.com

4892-5549-9649 v1