IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13
        :
JOHN AUBREY COONEY, JR.  : NO. 23-12823-MDC
         Debtor  :

## CERTIFICATE OF SERVICE

I, Leo M. Gibbons, Esquire, hereby certify that on February 16, 2024, a true and correct copy of the foregoing Objection of MacElree Harvey, Ltd. to Debtor's First Amended Chapter 13 Plan was served via Court's CM/ECG system, upon the individuals listed on the attached service list.

MacELREE HARVEY, LTD.

By: _____
Michael G. Louis, Esquire
Leo M. Gibbons, Esquire
Attorneys for MacElree Harvey, Ltd.
17 W. Miner Street, Box 660
West Chester, PA 19381-0660
(610) 436-0100
mlouis@macelree.com
lgibbons@macelree.com

5547179v1
031946.69907

## SERVICE LIST

JOSEPH L QUINN on behalf of Debtor John Aubrey Cooney, Jr.
CourtNotices@rqplaw.com

John Aubrey Cooney, Jr.
155 N. Highland Avenue
Norristown, PA 19403

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST on behalf of Trustee KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

MICHAEL VAGNONI on behalf of Tax Claim Bureau
michael.vagnoni@obermayer.com