UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    JOHN AUBREY COONEY JR<br><br><br>               Debtor | Chapter 13<br><br>Bankruptcy No. 23-12823-PMM |

### CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 16th day of September, 2024 by first class mail upon those listed below:

JOHN AUBREY COONEY JR
155 N HIGHLAND AVENUE
NORRISTOWN, PA  19403

**Electronically via ECF/System ONLY:**

ROSS, QUINN & PLOPPERT, P.C.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                                */s/ Kenneth E. West, Esq.*
                                                Kenneth E. West, Esq.
                                                Standing Chapter 13 Trustee